UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
MOSHE NITZAN,                       :    Honorable Madeline Cox Arleo
                                    :    Civil Action No. 11-5035 (SDW)
    Plaintiff,                      :
                                    :
    v.                              :    **REPORT AND RECOMMENDATION**
                                    :
ICL-IP AMERICA, et al.,             :
                                    :
    Defendants.                     :
_____ :

**THIS MATTER** having come before the Court upon the motion of plaintiff, Moshe Nitzan to remand the pending action to state court (Docket Entry No. 4) upon notice to defendant, ICL-IP America, Inc., and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on November 15, 2011, and for good cause shown;

**IT IS** on this 16th day of November 2011,

**RECOMMENDED THAT** plaintiff's motion to remand this action to the Superior Court of New Jersey, Law Division, Bergen County, (Docket Entry No. 4), be **DENIED**.

The parties have fourteen (14) days from the date hereof to file objections.

                                        *s/Madeline Cox Arleo*
                                        MADELINE COX ARLEO
                                        United States Magistrate Judge

cc:   Hon. Susan D. Wigenton, U.S.D.J.
      Clerk of the Court
      All Parties
      File