UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOSHE NITZAN,<br>　　　　　　Plaintiff,<br>　　v.<br>ICL-IP America, et al.,<br>　　　　　　Defendants. | Civil Action No. 11-5035 (SDW)<br><br>**ORDER**<br><br>December 8, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed November 16, 2011, regarding Plaintiff's motion to remand the instant action to state court upon notice to Defendant ICL-IP America, Inc. (Dkt. No. 4). No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 8th day of December, 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on November 16, 2011, is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand is **DENIED.**

**SO ORDERED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc: Clerk
　　 Magistrate Judge Madeline C. Arleo